Rabin J Pournazarian, Bar No. 186735
**PRICE LAW GROUP, APC**
6345 Balboa Blvd., Suite 247
Encino, CA 91316
(818) 995-4540 Telephone
(818) 995-9277 Fax

Attorney for Debtor.

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA –MODESTO DIVISION

| | |
|---|---|
| In re:<br><br>**RUBEN LANDA ALVAREZ,**<br><br>Debtor. | Case No: 2020-90342-B-13G<br><br>Chapter 13<br><br>Docket Control No.: PLG -4<br><br>Date: September 13, 2022<br>Time: 1:00 p.m.<br>Place: United States Bankruptcy Court<br>　　　　1200 I Street, Suite 200<br>　　　　Modesto, CA<br><br>Judge: Hon. Christopher D. Jaime |

## ORDER CONFIRMING FIRST MODIFIED CHAPTER 13 PLAN FILED ON AUGUST 9, 2022

The Chapter 13 plan of the above-named debtor has been transmitted to all creditors, and it has been determined after notice and opportunity for a hearing that the debtor's plan satisfies the requirements of 11 U.S.C. §1325.

Therefore, **IT IS ORDERED** that the plan is confirmed.

**IT IS FURTHER ORDERED** that:

1.　The debtor shall immediately notify, in writing, the Clerk of the United States Bankruptcy Court and the trustee of any change in the debtors' address;

2. The debtor shall immediately notify the trustee in writing of any termination, reduction of, or other change in the employment of the debtor; and

3. The debtor shall appear in court whenever notified to do so by the court.

_Talvinder S. Bambhra_, Attorney for Russell D. Greer
Approved by the Chapter 13 Trustee
as to form

Dated: September 23, 2022

Christopher D. Jaime, Judge
United States Bankruptcy Court

-2-